# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 10, 2008

137297

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

In re ANDREW TEVON MCCLAIN
and ALEX DEVON MCCLAIN, Minors.
_____/

CATHOLIC SOCIAL SERVICES OF
OAKLAND COUNTY,
          Petitioner-Appellee,

and

DARRICK RUSHING and LA'SHAWN
RUSHING, Guardians,
          Appellees,

v

JULIA P. MCCLAIN-ALLEN,
          Respondent-Appellant,

and

CLARENCE R. ALLEN,
          Respondent.
_____/

SC: 137297
COA: 283151
Wayne Circuit Court
Family Division: 06-461567-NA

On order of the Court, the application for leave to appeal the August 19, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 10, 2008

_____
Clerk

d1007